COM.

v.

HALL, R.

1532 EDA 2016

Superior Court of Pennsylvania.

04/24/2017

CP–51–CR–0409511–1997
(Philadelphia)

Affirmed

COM.

v.

SAVAGE, O.

2151 EDA 2016

Superior Court of Pennsylvania.

04/24/2017

CP–51–CR–0001222–2016
(Philadelphia)

Affirmed

ESTATE OF: KANE, B.

2158 EDA 2016

Superior Court of Pennsylvania.

04/24/2017

15–X2875
(Montgomery)

Affirmed

COM.

v.

KELLY, K.

2102 EDA 2016

Superior Court of Pennsylvania.

04/24/2017

CP–39–SA–0000035–2016
(Lehigh)

Appeal Dismissed

IN the INTEREST OF: C.S.H., a Minor

2315 EDA 2016

Superior Court of Pennsylvania.

04/24/2017

CP–51–AP–0000907–2015
FID: 51–FN–002936–2012
(Philadelphia)

Affirmed